IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02694-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ASSORTED JEWELRY;
2006 RANGE ROVER SPORT; and
$5,100.00 IN UNITED STATES CURRENCY,

      Defendants.

---

**ORDER REOPENING CASE**   ( Docket po 18 )

---

    This matter having come before the Court on the United States' Unopposed Motion to Reopen Case, and the Court being fully apprised, it is hereby ORDERED that the case is reopened.

    SO ORDERED this _30TH_ day of _MArd_, 2016.

          BY THE COURT:

          _____
          MICHAEL J. WATANABE
          United States Magistrate Judge